170 So.2d 866

**Mrs. Vivian LAMARK**

v.

**LINCOLN INCOME LIFE INSUR-
ANCE COMPANY.**

No. 47589.

Feb. 5, 1965.

In re: Mrs. Vivian Lamark, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 203.

Writ refused. On facts found by the Court of Appeal we find no error of law in its judgment.

170 So.2d 866

**PITTMAN CONSTRUCTION COMPANY**

v.

**HOUSING AUTHORITY OF
NEW ORLEANS.**

No. 47591.

Feb. 5, 1965.

In re: Houston Fire and Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So. 2d 122.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.

170 So.2d 866

**PITTMAN CONSTRUCTION COMPANY**

v.

**HOUSING AUTHORITY OF
NEW ORLEANS.**

No. 47590.

Feb. 5, 1965.

In re: American Employers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 122.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.

170 So.2d 867

**Louis VIDRINE**

v.

**STATE PARKS AND RECREATION
COMMISSION.**

No. 47595.

Feb. 5, 1965.

In re: Louis Vidrine applying for certiorari, or writ of review, to the Court of Appeal, First Circuit. 169 So.2d 641.

The application is denied. There appears no error of law in the judgment complained of.